ANDREAS LACAS et al., Appellants, v. HARRY GREENFEST et al., Copartners Conducting Business under the Name of H. GREENFEST & SON, Respondents.— Order unanimously reversed, with $20 costs and disbursements to appellants, and the motion granted to the extent of staying negotiation of notes pending trial. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of the Arbitration between HARRY LUSTIG, Respondent, and SHAMOKIN DYE & PRINT WORKS, INC., Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of the Arbitration between CIRCLE WIRE & CABLE COMPANY, Respondent, and M. W. ZACK METAL COMPANY, Appellant.— Under all the circumstances it would be preferable to have the matter considered *de novo* and in its entirety by a new board of arbitration. Order entered March 7, 1952, unanimously vacated. Order entered April 18, 1952, unanimously modified accordingly and, as so modified, affirmed, with $20 costs and disbursements to appellant. The appeal from the order entered May 12, 1952, denying the motion to resettle, unanimously dismissed, without costs. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

In the Matter of the Arbitration between UPPER MANHATTAN MEDICAL GROUP, Respondent, and GEORGE D. THORNE, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

GEORGE D. THORNE, Appellant, v. MYRA A. LOGAN, as Treasurer of Upper Manhattan Medical Group, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

LILLIAN K. TORMEY, Respondent, v. GEORGE C. TORMEY, Appellant.— Order unanimously modified by fixing the temporary alimony at $900 per month for plaintiff's support and maintenance and the support and maintenance of the children, provided defendant permits plaintiff to occupy, rent free, the New Rochelle home and pays the carrying charges thereon. As defendant admits plaintiff's cause of action for abandonment, there will be no need for a trial on the merits, although evidence to determine permanent alimony is necessary; the case should be disposed of expeditiously. Counsel fee is reduced to $1,250 without prejudice, however, to further application to the trial court by plaintiff's attorneys for an increase if additional services necessarily required and furnished would justify any increase. As so modified, the order is affirmed. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

■

NAIM SHOOKER, Respondent, v. PACIFIC PRODUCTS CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [Order denied motion to stay arbitration.]